IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.                                   CASE NO. 5:11cv171-RH/EMT

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. It appears the plaintiff has abandoned the case, and in any event he has failed to prosecute it.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on February 20, 2012.

                                              s/Robert L. Hinkle
                                              United States District Judge